IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE:<br><br>ATRIUM MEDICAL CORP., C-QUR MESH PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to:**<br>Earl Burgess | MDL NO. 2753<br><br>MDL Docket No. 1:16-md-02753-LM<br><br>Civil Action No.<br>1:18-cv-00007-LM |

**STIPULATION OF VOLUNTARY NONSUIT/DISMISSAL OF DEFENDANT GETINGE AB ONLY WITH PREJUDICE**

COME NOW, Plaintiffs and Defendants in the above-referenced action, their counsel of record and hereby stipulate and agree to dismiss, with prejudice, Plaintiffs' claims against Defendant Getinge AB only. Each party agrees that it will bear its own costs and fees, including attorneys' fees, in connection with this matter.

This dismissal does not extend to any other named defendant.

Dated:
01/07/2020

/s/ Jason C. Chambers

Jason C. Chambers
Hollis Law Firm PA
8101 College Blvd., Suite 260
Overland Park   Kansas   66210
913-385-5400
jason@hollislawfirm.com
*Attorney for Plaintiff*

Respectfully submitted,

s/ Katherine Armstrong

Katherine Armstrong
DECHERT LLP
Three Bryant Park
1095 Sixth Avenue
New York, New York 10036
Tel: (212) 698-3500
Fax: (212) 698-3599
katherine.armstrong@dechert.com

*Attorneys for Defendants,*
*Atrium Medical Corporation,*
*Maquet Cardiovascular US Sales, LLC,*
*and Getinge AB*

## CERTIFICATE OF SERVICE

      I hereby certify that on   01/07/2020 , the foregoing was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record.

/s/ Jason C. Chambers
_____
Jason C. Chambers
Hollis Law Firm PA
8101 College Blvd., Suite 260
Overland Park, Kansas 66210